## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David Seivert, a/k/a Chief David Seivert,

        Plaintiff,

v.

The City of Sleepy Eye,

        Defendant.

Civil No. 09-2863 (RHK/FLN)

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 9), **IT IS ORDERED** that the above-entitled matter is **DISMISSED WITH PREJUDICE** on the merits and without costs, disbursements, or attorneys' fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 2, 2010

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge